EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Medidas Judiciales ante estado de emergencia por falla en el sistema eléctrico que afecta a todo Puerto Rico | 2022 TSPR 39<br><br>208 DPR _____ |

Número del Caso:  EM-2022-02

Fecha:  7 de abril de 2022

Materia:  Medidas Judiciales ante estado de emergencia por falla en el sistema eléctrico que afecta a todo Puerto Rico.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Medidas Judiciales ante estado de emergencia por falla en el sistema eléctrico que afecta a todo Puerto Rico

EM-2022-02

Extensión de Términos Judiciales

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de abril de 2022.

En la noche del 6 de abril de 2022 todo Puerto Rico experimentó una interrupción en el servicio de energía eléctrico. El Gobernador de Puerto Rico Interino, Hon. Domingo Emanuelli Hernández, anunció que las autoridades trabajan en la avería, pero esta es de tal naturaleza que se activaron los planes de emergencia del Gobierno.

Hoy, 7 de abril de 2022, el Poder Judicial anunció el cese de operaciones de los Centros Judiciales. Aunque se acredita la disponibilidad del Sistema Unificado de Manejo y Administración de Casos (SUMAC) para la presentación de recursos, muchos profesionales del derecho no tendrán acceso a los servicios necesarios para hacer uso de este.

Como resultado de lo anterior, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a esos procedimientos, se decreta que aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. En consecuencia, se considerará el 7 de abril de 2022 como si fuera un día feriado. Cualquier término que venza en esta fecha se extenderá hasta el viernes, 8 de abril de 2022 o hasta que cese la emergencia y así se anuncie.

Se ordena la difusión pública inmediata de esta Resolución. Notifíquese al Director Administrativo de los Tribunales, al Director de la Oficina de Prensa Interino de la Oficina de Administración de los Tribunales y a la Directora de la Oficina de Comunicaciones del Poder Judicial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo